OPINION — AG — **** CERTAIN WELFARE EMPLOYEES NOT SUBJECT TO PREVAILING HOURLY RATE OF WAGES LAW **** REGULAR SALARIED EMPLOYEES AND OTHER PERSONS EMPLOYED BY THE DEPARTMENT OF WELFARE, WHO MAKE REPAIRS, DO CONSTRUCTION WORK, CARPENTRY WORK, MANSONRY AND SIMILAR WORK ARE NOT DEEMED TO BE EMPLOYED UPON "PUBLIC WORKS" AND THEREFORE ARE NOT SUBJECT TO THE PREVAILING HOURLY RATE OF WAGES SET BY THE OKLAHOMA COMMISSIONER OF LABOR UNDER 40 O.S. 1972 Supp., 196.3 [40-196.3](A) (NATHAN J. GIGGER)